```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SHAROD T. HIGH,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY JAIL,<br><br>    Defendant. | Civil Action<br>No. 16-7303 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

   Plaintiff Sharod T. High seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

   According to the application submitted by Plaintiff, Plaintiff earns $1,400 per month and his spouse earns $2,800 per month. *Id.* After taking into consideration the listed monthly expenses, it appears Plaintiff is able to pay the $350 filing fee and $50 administrative fee. His application to proceed *in forma pauperis* is therefore denied. This matter shall be administratively terminated pending submission of the filing and administrative fees.

   An appropriate order follows.

**December 27, 2016**          s/ Jerome B. Simandle
Date                           JEROME B. SIMANDLE
                               Chief U.S. District Judge